| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey J. Piller** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Candice A. Brecht** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**AKF Inc. dba FundKite**
**Att: Current Officer**
**88 Pine Street, 24th Floor**
**New York, NY 10005**

What is the nature of the claim? _____   **$1,459,868.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) _____
  Value of security:  - _____
  Unsecured claim

Contact _____
Contact phone _____

**2**

**Allegiant Partners Incorporated**
**Att: Current Officer**
**123 SW Columbia St.**
**Bend, OR 97702**

What is the nature of the claim? _____   **$312,104.27**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) _____
  Value of security:  - _____

Contact _____

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Case 26-20532-rmb    Doc 2    Filed 02/01/26    Page 1 of 7

| Debtor 1 | Jeffrey J. Piller | | |
|---|---|---|---|
| Debtor 2 | Candice A. Brecht | Case number *(if known)* | |
| | Contact phone | Unsecured claim | |

### 3

**AMUR Equipment Finance, Inc.**
**c/o Corporation Service**
**Company, As Rep**
**P.O. Box 2576**
**Springfield, IL 62708**

**What is the nature of the claim?** $93,697.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

### 4

**Ascentium Capital LLC**
**Att: Current Officer**
**23970 HWY 59 N**
**Kingwood, TX 77339**

**What is the nature of the claim?** $160,897.88

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

### 5

**Aurum Funding Source**
**Att: Current Officer**
**2002 Coney Island**
**Brooklyn, NY 11223**

**What is the nature of the claim?** $472,509.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

### 6

**Beacon Funding Corporation**
**Att: Current Officer**
**3400 Dundee Rd, Suite 180**
**Northbrook, IL 60062**

**What is the nature of the claim?** $217,830.89

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Case 26-20532-rmb    Doc 2    Filed 02/01/26    Page 2 of 7

| Debtor 1 | Jeffrey J. Piller |
|---|---|
| Debtor 2 | Candice A. Brecht |

Case number *(if known)*

---

Contact

Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**7**

**Bret and Kelly Graff**
**c/o Sarah J. Knutson**
**McCarty Law LLP**
**2401 E. Enterprise Ave**
**Appleton, WI 54913**

Contact

Contact phone

**What is the nature of the claim?**　3023 W Forest Hill Ave　$810,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)　$810,000.00
　　Value of security: - $0.00
　　Unsecured claim　$810,000.00

---

**8**

**LEAF Capital Funding, LLC**
**Att: Current Officer**
**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**

Contact

Contact phone

**What is the nature of the claim?**　$228,474.50

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**9**

**MCA Servicing Company**
**Att: Current Officer**
**9821 E Bay Harbor Dr. 706**
**Miami Beach, FL 33154**

Contact

Contact phone

**What is the nature of the claim?**　$684,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**10**

**What is the nature of the claim?**　$200,000.00

B 104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 3

Case 26-20532-rmb　Doc 2　Filed 02/01/26　Page 3 of 7

| Debtor 1 | **Jeffrey J. Piller** | |
|---|---|---|
| Debtor 2 | **Candice A. Brecht** | Case number *(if known)* |

**Menards**
**Att: Current Officer**
**P.O. Box 17708**
**Portland, ME 04112**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

---

**11**

**Newco Capital Group VI LLC**
**c/o Ariel Bouskila**
**80 Broad St**
**Ste 3303**
**New York, NY 10004**

**What is the nature of the claim?**      $447,444.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

---

**12**

**Old National Bank**
**Att: Current Officer**
**520 North Cass Ave**
**Westmont, IL 60559**

**What is the nature of the claim?**      $773,735.77

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

---

**13**

**Panthers Capital**
**Att: Current Officer**
**185 Carrier St**
**Liberty, NY 12754**

**What is the nature of the claim?**      $672,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Case 26-20532-rmb     Doc 2     Filed 02/01/26     Page 4 of 7

| Debtor 1 | **Jeffrey J. Piller** | | |
|---|---|---|---|
| Debtor 2 | **Candice A. Brecht** | Case number *(if known)* | |

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**14**

**PNC Bank, N.A.**
**Att: Current Officer**
**655 Business Center Drive, Suite 250**
**Horsham, PA 19044**

Contact

Contact phone

**What is the nature of the claim?**     $72,193.94

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**15**

**Santandar**
**Att: Currnet Officer**
**3 Huntington Quadrangle Ste. 101N**
**Melville, NY 11747**

Contact

Contact phone

**What is the nature of the claim?**     $289,552.06

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**16**

**The Huntington National Bank**
**Att: Current Officer**
**11100 Wayzata Blvd., Suite 801**
**Minnetonka, MN 55305**

Contact

Contact phone

**What is the nature of the claim?**     $152,693.14

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**17**

**Toyota Industries Commerical Finance Inc**
**Att: Current Officer**
**P.O. Box 410**

**What is the nature of the claim?**     $394,924.43

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 5

Case 26-20532-rmb     Doc 2     Filed 02/01/26     Page 5 of 7

| Debtor 1 | Jeffrey J. Piller | | |
|---|---|---|---|
| Debtor 2 | Candice A. Brecht | Case number *(if known)* | |

Wilmington, OH 45177

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**18**

TVT Capital Source LLC
Att: Current Officer
395 S Main Street, Suite 201
Alpine, UT 84004

**What is the nature of the claim?** $608,750.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**19**

UW Credit Union
Att: Current Officer
P.O. Box 44963
Madison, WI 53744

**What is the nature of the claim?** Mortgage for residence at 3023 W. Forest Hill, HELOC, and Harley Davidson Road Glide    $580,934.37

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $580,934.37
  - Value of security: -  $0.00
  - Unsecured claim  $580,934.37

Contact

Contact phone

---

**20**

Zip's Truck Equipment Inc.
Att: Current Officer
316 W. Milwaukee, P.O. Box 511
New Hampton, IA 50659

**What is the nature of the claim?** $384,645.28

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 6

Case 26-20532-rmb   Doc 2   Filed 02/01/26   Page 6 of 7

Debtor 1 **Jeffrey J. Piller**
Debtor 2 **Candice A. Brecht**                    Case number *(if known)*

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                           -
   Unsecured claim

**Part 2:  Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Jeffrey J. Piller**                                    X **/s/ Candice A. Brecht**
**Jeffrey J. Piller**                                             **Candice A. Brecht**
Signature of Debtor 1                                        Signature of Debtor 2

Date **February 1, 2026**                                    Date **February 1, 2026**

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Case 26-20532-rmb    Doc 2    Filed 02/01/26    Page 7 of 7