UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Jeffrey J. Piller and
Candice A. Brecht,

Case No. 26-20532-rmb

Chapter 11

Debtor.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Creditors, Old National Bank and Old National Equipment Finance, and requests copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002(a), (b) and (f), and 3017(a). All such notices should be addressed and emailed as follows:

Kurt M. Carlson
CARLSON DASH, LLC
216 S. Jefferson St., Suite 303
Chicago, IL 60661
Telephone: 312-382-1600
Facsimile: 312-382-1619
E-mail: kcarlson@carlsondash.com

Please take further notice that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, notice of any application, complaint, demand, hearing, motion petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by postal mail, electronic mail, delivery, telephone, facsimile, telegraph, telex, or otherwise filed with regard to the above-referenced case and the proceedings therein.

Dated: February 3, 2026.

Respectfully submitted,

CARLSON DASH, LLC

By: /s/ Kurt M. Carlson
    Kurt M. Carlson WI Bar No. 1087495
    CARLSON DASH, LLC
    216 S. Jefferson St., Suite 303
    Chicago, IL 60661
    Telephone: 312-382-1600
    Facsimile: 312-382-1619
    E-mail: kcarlson@carlsondash.com