UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Jeffrey J. Piller and
Candice A. Brecht,

                  Debtor.

Case No. 26-20532-rmb

Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Creditors, Old National Bank and Old National Equipment Finance, and requests copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002(a), (b) and (f), and 3017(a). All such notices should be addressed and emailed as follows:

    Lina Toma
    CARLSON DASH, LLC
    216 S. Jefferson St., Suite 303
    Chicago, IL 60661
    Telephone: 312-382-1600
    Facsimile: 312-382-1619
    E-mail:  ltoma@carlsondash.com

    Please take further notice that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, notice of any application, complaint, demand, hearing, motion petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by postal mail, electronic mail, delivery, telephone, facsimile, telegraph, telex, or otherwise filed with regard to the above-referenced case and the proceedings therein.

Dated: February 4, 2026.

                                        Respectfully submitted,

                                        CARLSON DASH, LLC

                                        By:/s/ Lina Toma
                                            Lina Toma WI Bar No. 1122457
                                            CARLSON DASH, LLC
                                            216 S. Jefferson St., Suite 303
                                            Chicago, IL 60661
                                            Telephone: 312-382-1600
                                            Facsimile: 312-382-1619
                                            E-mail:  ltoma@carlsondash.com