**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

**In re:**

| | |
|---|---|
| **All-City Towing LLC,** | Case No.: 26-20523-rmb |
| **Bret's Towing LLC,** | Case No.: 26-20524-rmb |
| **ACT RE LLC,** | Case No.: 26-20525-rmb |
| **Bret's RE LLC,** | Case No.: 26-20526-rmb |
| **OMS Properties LLC,** | Case No.: 26-20527-rmb |
| **5408 S 13th LLC,** | Case No.: 26-20528-rmb |
| **5414 S 13th LLC,** | Case No.: 26-20529-rmb |
| **Daddy Jeff LLC,** | Case No.: 26-20530-rmb |
| **Mactire Services LLC,** | Case No.: 26-20531-rmb |
| **Jeffrey Piller and Candice Brecht,** | Case No.: 26-20532-rmb |
| **Debtors.** | **Chapter 11 Proceedings** |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

All-City Towing, LLC ("All-City"), together with Bret's Towing LLC ("Bret's Towing"), ACT RE LLC ("ATC RE"), Bret's RE LLC ("Bret's RE"), OMS Properties LLC ("OMS"), 5408 S 13th LLC ("5408"), 5414 S 13th LLC ("5414"), Daddy Jeff LLC ("Daddy Jeff"), Mactire Services LLC ("Mactire Services"), and Jeffrey Piller ("Piller") and Candice Brecht (together with Piller "Individual Debtors") (collectively, All-City, Bret's Towing, ATC RE, Bret's RE, OMS, 5408, 5414, DJ, Mactire Services, Individual Debtors, referred to as the "Debtors"), each filed a

motion for joint administration of Case No. 26-20523-rmb, Case No. 26-20524-rmb, Case No. 26-20525-rmb, Case No. 26-20526-rmb, Case No. 26-20527-rmb, Case No. 26-20528-rmb, Case No. 26-20529-rmb, Case No. 26-20530-rmb, and Case No. 25-20531-rmb. Upon considering the considering the motions for joint administration,

**IT IS HEREBY ORDERED** that the motions for joint administration are GRANTED as follows:

1. *In re All-City Towing LLC,* Case No. 26-20523-rmb, will be jointly administered with Bret's Towing LLC, (Case No. 26-20524-rmb), ACT RE LLC, (Case No. 26-20525-rmb), Bret's RE LLC (Case No. 26-20526-rmb), OMS Properties LLC (Case No. 26-20527-rmb), 5408 S 13th LLC (26-20528-rmb), 5414 S 13th LLC (26-20529-rmb), Daddy Jeff LLC (26-20530-rmb), Mactire Services LLC (26-20531-rmb) and Jeffrey Piller and Candice Brecht (26-20532-rmb). Subject to the exceptions stated in paragraph 2 of this, if a document is filed in *All-City Towing LLC*, Case No. 26-20523-rmb, the Court will treat that document as relating to all of the jointly administered debtors unless the document expressly specifies otherwise in the manner provided in this order. A party intending to file a document relating solely to one of the jointly administered debtors must insert a footnote in the caption and the footnote must explain which party the pleading relates (e.g., "This document relates only to [Debtor(s), Case No(s). 26-XXXXX-rmb]").

2. The filing of proofs of claim:
    a. Notwithstanding the fact that these cases are jointly administered, a creditor who files a proof of claim must file the claim in the specific bankruptcy case of the debtor from which it seeks payment from that debtor's bankruptcy estate or plan of reorganization.

  b. Notwithstanding the fact that these cases are jointly administered, if the creditor maintains that both debtors are liable to it, the creditor must file a proof of claim in the bankruptcy case of each debtor.

3. If there is a reason that joint administration is no longer appropriate, any interested party may move for the Court to rescind this order.

4. The following caption is the official caption for use in these jointly administered cases:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**In re:**

  **All-City Towing LLC,** *et al.*,[1]

    **Debtors.**

**Case No. 26-20523-rmb**
**Chapter 11 Proceedings**
**Jointly Administered**

---

# # # # #

---

[1] Jointly administered with Bret's Towing LLC, (Case No. 26-20524-rmb), ACT RE LLC, (Case No. 26-20525-rmb), Bret's RE LLC (Case No. 26-20526-rmb), OMS Properties LLC (Case No. 26-20527-rmb), 5408 S 13th LLC (Case No. 26-20528-rmb), 5414 S 13th LLC (26-20529-rmb), Daddy Jeff LLC (Case No. 26-20530-rmb), Mactire Services LLC (Case No. 26-20531-rmb), and Jeffrey Piller and Candice Brecht (Case No. 26-20532-rmb). [This document relates only to [list the name of the applicable debtors]].

3