# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | Case No. 26-20532-rmb |
| Jeffrey J. Piller | |
| Candice A. Brecht | Chapter: 11 |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 2002 and 9010, the undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the above-captioned matter on behalf of University of Wisconsin Credit Union regarding real estate located at 3023 West Forest Hill Avenue, Franklin, WI 53132, a creditor herein, and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case, including those in adversary proceedings, be sent to them at the following address:

**Codilis, Moody & Circelli, P.C.**
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527

Dated February 5, 2026.

By: /s/ Matthew L. Comella

Shawn R. Hillmann, WI Bar No. 1037005
Matthew L. Comella, WI Bar No. 1096303
Peter C. Bastianen, IL Bar No. 6244346
Joel P. Fonferko, IL Bar No. 6276490
Matthew.Comella@codilis.com
**Codilis, Moody & Circelli, P.C.**
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527
(414) 775-7700
bkpleadingsEAST@wi.cslegal.com
50-26-00291

NOTE: This law firm is a debt collector.